UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61810-CIV-SINGHAL

ERIC ROGERS,

     Plaintiff,

v.

PTOLEMAIOS PROPERTY, LP,

     Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the Notice of Dismissal with Prejudice filed by Plaintiff (DE [11]).  The Court having reviewed the Notice of Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE,** each party to bear its own attorney's fees and costs except as otherwise agreed.  The Clerk is directed to **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 24th day of October 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF